| | |
|---|---|
| 1 | KHALED TAQI-EDDIN State Bar No. 220923 |
| | ARTURO E. SANDOVAL State Bar No. 227077 |
| 2 | FOLEY & MANSFIELD, PLLP. |
| | 300 Lakeside Dr. Suite 1900 |
| 3 | Oakland, California 94612 |
| | Telephone: (510) 590-9500 |
| 4 | Facsimile:  (510) 590-9595 |

Attorneys for Defendant
ALI MUTHANNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA, | Case No. 3:16-cv-04789-LB |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO ANSWER AND EXTEND GENERAL ORDER 56 DEADLINES BETWEEN PLAINTIFF PAMELA KOUSSA AND DEFENDANT ALI MUTHANNA** |
| FIRST SOSCOL, L.L.C, a California Limited Liability Company; ALI MUTHANNA; and Does 1-10, | |
| Defendants. | |

Plaintiff, PAMELA KOUSSA, and Defendant, ALI MUTHANNA jointly stipulate to extend the time for Defendant ALI MUTHANNA to respond to the initial complaint to February 3, 2017.

The parties further stipulate to have all General Order 56 (Americans With Disabilities Act Litigation) deadlines extended by 60 days to accommodate this stipulation.

Dated: January 26, 2017          FOLEY & MANSFIELD, PLLP

/s/ Khaled Taqi-Eddin
KHALED TAQI-EDDIN.
Attorneys for Defendant
ALI MUTHANNA

Dated: January 26, 2017          CENTER FOR DISABILITY ACCESS
/s/ Teresa Allen
TERESA ALLEN
Attorneys for Plaintiff
PAMELA KOUSSA

-1-
**STIPULATION TO EXTEND TIME TO ANSWER AND EXTEND  GENERAL ORDER 56 DEADLINES**

**<u>SIGNATURE ATTESTATION</u>**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 26, 2017          FOLEY & MANSFIELD, PLLP

/s/ Khaled Taqi-Eddin
KHALED TAQI-EDDIN.
Attorneys for Defendant
ALI MUTHANNA

1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10  PAMELA KOUSSA,                              Case No. 3:16-cv-04789-LB

11          Plaintiff,
                                                (**PROPOSED**) ORDER TO EXTEND TIME
12      vs.                                     TO ANSWER AND EXTEND GENERAL
                                                ORDER 56 DEADLINES BETWEEN
13  FIRST SOSCOL, L.L.C, a California           PLAINTIFF PAMELA KOUSSA AND
    Limited Liability Company; ALI              DEFENDANT ALI MUTHANNA
14  MUTHANNA; and Does 1-10,

15          Defendants.

16

17      Plaintiff, PAMELA KOUSSA, and Defendant, ALI MUTHANNA, by and through their

18  attorneys of record joint stipulation, having been considered, the time to answer for Defendant

19  ALI MUTHANNA has been extended to February 3, 2017.

20      All General Order 56 (Americans With Disabilities Act Litigation) deadlines are further

21  extended by 60 days to accommodate this extension.

22
    IT IS SO ORDERED
23

24  Dated: 02/02/2017                       By: _____
25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28

-1-
(**PROPOSED**)  ORDER TO EXTEND TIME TO ANSWER AND EXTEND GENERAL ORDER 56 DEADLINES