CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490,San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JOANNA KOZUBAL (SBN: 237960)
joanna@kozuballaw.com
375 Potrero Ave. # 5
San Francisco, California 94103
Telephone: (415) 864-6962
Facsimile: (650) 636-9791
Attorney for Defendant
First Soscol, L.L.C

KHALED TAQI-EDDIN (SBN: 220923)
ktaqi@foleymansfield.com
ARTURO E. SANDOVAL (SBN: 227077)
asandoval@foleymansfield.com
FOLEY & MANSFIELD, PLLP.
300 Lakeside Dr. Suite 1900,Oakland, California 94612
Telephone: (510) 590-9500,Facsimile: (510) 590-9595
Attorney for Defendant
Ali Muthanna

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>       Plaintiff,<br><br>  v.<br><br>FIRST SOSCOL, L.L.C., a California Limited Liability Company; ALI MUTHANNA; and Does 1-10,<br><br>      Defendants. | Case: 3:16-CV-04789-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) FOR DEFENDANT FIRST SOSCOL, L.L.C. ONLY** |

1

1

## **STIPULATION**

2

3    Pursuant to F.R.CIV.P.41(a)(1),   IT IS STIPULATED by and between

4    parties, that only Defendant First Soscol, L.L.C may be dismissed with

5    prejudice; each party to bear his/its own attorneys' fees and costs.   This

6    stipulation is made as a result of settlement of this action.

7

8    Dated: December 22, 2017        CENTER FOR DISABILITY ACCESS

9
                                    By:  ___/s/ Phyl Grace_____
10
                                         Phyl Grace
11                                       Attorneys for Plaintiff

12

13   Dated: December 22, 2017

14                                  By: /s/Joanna Kozubal_____

15                                       Joanna Kozubal
                                         Attorney for Defendant
16                                       First Soscol, L.L.C

17

18   Dated: December 22, 2017        FOLEY & MANSFIELD, PLLP.

19
                                    By: /s/Arturo E. Sandoval_____
20                                       Khaled Taqi-eddin
21                                       Arturo E. Sandoval
                                         Attorneys for Defendant
22                                       Ali Muthanna

23

24

25

26

27

28

Joint Stipulation for Dismissal                Case: 3:16-CV-04789-JD

1

2

## <u>SIGNATURE CERTIFICATION</u>

3    I hereby certify that the content of this document is acceptable to Joanna

4    Kozubal and Arturo E. Sandoval, counsel's for First Soscol, L.L.C and Ali

5    Muthanna, respectively, and that I have obtained Ms. Kozubal's and Mr.

6    Sandoval's  authorization to affix their electronic signature to this document.

7

8    Dated:  December 22, 2017          CENTER FOR DISABILITY ACCESS

9

10                                      By:  ___/s/ Phyl Grace_____

11                                           Phyl Grace

12                                           Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 3:16-CV-04789-JD