1 | CENTER FOR DISABILITY ACCESS
2 | Ray Ballister, Jr., Esq., SBN 111282
3 | Russell Handy, Esq., SBN 195058
4 | Phyl Grace, Esq., SBN 171771
5 | Dennis Price, SBN 279082
6 | Mail: PO Box 262490, San Diego, CA 92196-2490
7 | Delivery: 9845 Erma Road, Suite 300
8 | San Diego, CA 92131
9 | (858) 375-7385; (888) 422-5191 fax
10 | phylg@potterhandy.com
11 | Attorneys for Plaintiff

KHALED TAQI-EDDIN (SBN: 220923)
ktaqi@foleymansfield.com
ARTURO E. SANDOVAL (SBN: 227077)
asandoval@foleymansfield.com
FOLEY & MANSFIELD, PLLP.
300 Lakeside Dr. Suite 1900, Oakland, California 94612
Telephone: (510) 590-9500, Facsimile: (510) 590-9595
Attorney for Defendant
Ali Muthanna

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PAMELA KOUSSA, | Case: 3:16-CV-04789-JD |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) FOR DEFENDANT ALI MUTHANNA ONLY** |
| v. | |
| FIRST SOSCOL, L.L.C., a California Limited Liability Company; ALI MUTHANNA; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between parties, that only Defendant ALI MUTHANNA may be dismissed with prejudice; each party to bear his/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

1

1
2  Dated: 12/22/17                CENTER FOR DISABILITY ACCESS
3
4                                 By: /s/Phyl Grace
                                      Phyl Grace
5                                     Attorneys for Plaintiff
6
7
8  Dated: 12/22/17                FOLEY & MANSFIELD, PLLP.
9
10                                By: /s/Arturo E. Sandoval
                                      Khaled Taqi-eddin
11                                    Arturo E. Sandoval
                                      Attorneys for Defendant
12                                    Ali Muthanna
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Arturo E. Sandoval, counsel for Ali Muthanna, and that I have obtained Mr. Sandoval's authorization to affix his electronic signature to this document.

Dated: 12/22/17                         CENTER FOR DISABILITY ACCESS

                                        By: /s/Phyl Grace
                                            Phyl Grace
                                            Attorneys for Plaintiff